UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: MCKINSEY & COMPANY, INC., NATIONAL
PRESCRIPTION OPIATE CONSULTANT
LITIGATION                                                                                              MDL No. 2996

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO –11)**

On June 7, 2021, the Panel transferred 17 civil action(s) to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* __F.Supp.3d__ (J.P.M.L. 2021). Since that time, 33 additional action(s) have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Breyer.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Breyer.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of June 7, 2021, and, with the consent of that court, assigned to the Honorable Charles R. Breyer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Sep 07, 2021

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

IN RE: MCKINSEY & COMPANY, INC., NATIONAL
PRESCRIPTION OPIATE CONSULTANT
LITIGATION  MDL No. 2996

SCHEDULE CTO−11 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| | | | |
| WEST VIRGINIA SOUTHERN | | | |
| WVS | 1 | 21−00465 | Blankenship v. McKinsey and Company, Inc. et al |
| WVS | 2 | 21−00466 | Daniels v. McKinsey and Company, Inc. et al |
| WVS | 5 | 21−00467 | Lambert et al v. McKinsey and Company, Inc. et al |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 9/7/2021 at 8:26 AM EDT and filed on 9/7/2021

| | |
|---|---|
| **Case Name:** | IN RE: McKinsey & Company, Inc., National Prescription Opiate Consultant Litigation |
| **Case Number:** | MDL No. 2996 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-11) Finalized on 9/7/21. Please see pleading ([220] in MDL No. 2996, 3 in WVS/1:21-cv-00465, 3 in WVS/2:21-cv-00466, 3 in WVS/5:21-cv-00467).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. California for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel John W. Nichols on 9/7/2021.**

**Associated Cases: MDL No. 2996, WVS/1:21-cv-00465, WVS/2:21-cv-00466, WVS/5:21-cv-00467 (CMD)**

| | |
|---|---|
| **Case Name:** | Lambert et al v. McKinsey and Company, Inc. et al |
| **Case Number:** | WVS/5:21-cv-00467 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-11)**

**Finalized on 9/7/21. Please see pleading ( [220] in MDL No. 2996, 3 in WVS/1:21-cv-00465, 3 in WVS/2:21-cv-00466, 3 in WVS/5:21-cv-00467).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. California for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel John W. Nichols on 9/7/2021.**

**Associated Cases: MDL No. 2996, WVS/1:21-cv-00465, WVS/2:21-cv-00466, WVS/5:21-cv-00467 (CMD)**

| | |
|---|---|
| **Case Name:** | Blankenship v. McKinsey and Company, Inc. et al |
| **Case Number:** | WVS/1:21-cv-00465 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-11) Finalized on 9/7/21. Please see pleading ( [220] in MDL No. 2996, 3 in WVS/1:21-cv-00465, 3 in WVS/2:21-cv-00466, 3 in WVS/5:21-cv-00467).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. California for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel John W. Nichols on 9/7/2021.**

**Associated Cases: MDL No. 2996, WVS/1:21-cv-00465, WVS/2:21-cv-00466, WVS/5:21-cv-00467 (CMD)**

| | |
|---|---|
| **Case Name:** | Daniels v. McKinsey and Company, Inc. et al |
| **Case Number:** | WVS/2:21-cv-00466 |
| **Filer:** | |

**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-11) Finalized on 9/7/21. Please see pleading ( [220] in MDL No. 2996, 3 in WVS/1:21-cv-00465, 3 in WVS/2:21-cv-00466, 3 in WVS/5:21-cv-00467).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. California for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel John W. Nichols on 9/7/2021.**

**Associated Cases: MDL No. 2996, WVS/1:21-cv-00465, WVS/2:21-cv-00466, WVS/5:21-cv-00467 (CMD)**

**No public notice (electronic or otherwise) sent because the entry is private**

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 9/7/2021 at 8:25 AM EDT and filed on 9/7/2021

| | |
|---|---|
| **Case Name:** | IN RE: McKinsey & Company, Inc., National Prescription Opiate Consultant Litigation |
| **Case Number:** | MDL No. 2996 |
| **Filer:** | |
| **Document Number:** | 220 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-11) - 3 action(s)** *re: pldg. ([210] in MDL No. 2996, 1 in WVS/1:21-cv-00465, 1 in WVS/2:21-cv-00466, 1 in WVS/5:21-cv-00467)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 9/7/2021.**

**Associated Cases: MDL No. 2996, WVS/1:21-cv-00465, WVS/2:21-cv-00466, WVS/5:21-cv-00467 (CMD)**

| | |
|---|---|
| **Case Name:** | Lambert et al v. McKinsey and Company, Inc. et al |
| **Case Number:** | WVS/5:21-cv-00467 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-11) - 3 action(s)** *re: pldg. ( [210] in MDL No. 2996, 1 in WVS/1:21-cv-00465, 1 in WVS/2:21-cv-00466, 1 in WVS/5:21-cv-00467)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 9/7/2021.**

**Associated Cases: MDL No. 2996, WVS/1:21-cv-00465, WVS/2:21-cv-00466, WVS/5:21-cv-00467 (CMD)**

| | |
|---|---|
| **Case Name:** | Blankenship v. McKinsey and Company, Inc. et al |
| **Case Number:** | WVS/1:21-cv-00465 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-11) - 3 action(s)** *re: pldg. ( [210] in MDL No. 2996, 1 in WVS/1:21-cv-00465, 1 in WVS/2:21-cv-00466, 1 in WVS/5:21-cv-00467)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 9/7/2021.**

**Associated Cases: MDL No. 2996, WVS/1:21-cv-00465, WVS/2:21-cv-00466, WVS/5:21-cv-00467 (CMD)**

| | |
|---|---|
| **Case Name:** | Daniels v. McKinsey and Company, Inc. et al |
| **Case Number:** | WVS/2:21-cv-00466 |
| **Filer:** | |
| **Document Number:** | 3 |

**Docket Text:**
**CONDITIONAL TRANSFER ORDER FINALIZED (CTO-11) - 3 action(s)** *re: pldg. ( [210] in MDL No. 2996, 1 in WVS/1:21-cv-00465, 1 in WVS/2:21-cv-00466, 1 in WVS/5:21-cv-00467)* **Inasmuch as no objection is pending at this time, the stay is lifted.**

**Signed by Clerk of the Panel John W. Nichols on 9/7/2021.**

**Associated Cases: MDL No. 2996, WVS/1:21-cv-00465, WVS/2:21-cv-00466, WVS/5:21-cv-00467 (CMD)**

**MDL No. 2996 Notice has been electronically mailed to:**

**MDL No. 2996 Notice will not be electronically mailed to:**

**WVS/5:21-cv-00467 Notice has been electronically mailed to:**

Celeste Brustowicz    cbrustowicz@clfnola.com

SCOTT R. BICKFORD    srb@mbfirm.com, usdcedpa@mbfirm.com

James Lawrence Bernard    jbernard@stroock.com, docketing@stroock.com, tmurari@stroock.com

Stephen P. New    steve@newlawoffice.com

Kevin W. Thompson    kwthompsonwv@gmail.com

Stephen H. Wussow    swussow@clfnola.com

James F. Clayborne, Jr    jclayborne@cswlawllp.com

Victor Cobb    vcobb@clfnola.com

Barry J. Cooper    bcooper@clfnola.com

Kent Harrison Robbins    khr@khrlawoffices.com

Donald E. Creadore    donald@creadorelawfirm.com

David R. Barney, Jr    drbarneywv@gmail.com

Melissa Rose Ellsworth    mellsworth@thompsonbarneylaw.com

Sarah J. Surber    ssurber@thompsonbarneylaw.com

**WVS/5:21-cv-00467 Notice will not be electronically mailed to:**

**WVS/1:21-cv-00465 Notice has been electronically mailed to:**

Celeste Brustowicz    cbrustowicz@clfnola.com

SCOTT R. BICKFORD    srb@mbfirm.com, usdcedpa@mbfirm.com

James Lawrence Bernard    jbernard@stroock.com, docketing@stroock.com, tmurari@stroock.com

Stephen P. New    steve@newlawoffice.com

Kevin W. Thompson    kwthompsonwv@gmail.com

Stephen H. Wussow    swussow@clfnola.com

James F. Clayborne, Jr    jclayborne@cswlawllp.com

Victor Cobb    vcobb@clfnola.com

Barry J. Cooper    bcooper@clfnola.com

Kent Harrison Robbins    khr@khrlawoffices.com

Donald E. Creadore    donald@creadorelawfirm.com

David R. Barney, Jr    drbarneywv@gmail.com

Melissa Rose Ellsworth    mellsworth@thompsonbarneylaw.com

Sarah J. Surber    ssurber@thompsonbarneylaw.com

**WVS/1:21-cv-00465 Notice will not be electronically mailed to:**

**WVS/2:21-cv-00466 Notice has been electronically mailed to:**

Celeste Brustowicz     cbrustowicz@clfnola.com

SCOTT R. BICKFORD     srb@mbfirm.com, usdcedpa@mbfirm.com

James Lawrence Bernard     jbernard@stroock.com, docketing@stroock.com, tmurari@stroock.com

Stephen P. New     steve@newlawoffice.com

Kevin W. Thompson     kwthompsonwv@gmail.com

Stephen H. Wussow     swussow@clfnola.com

James F. Clayborne, Jr     jclayborne@cswlawllp.com

Victor Cobb     vcobb@clfnola.com

Barry J. Cooper     bcooper@clfnola.com

Kent Harrison Robbins     khr@khrlawoffices.com

Donald E. Creadore     donald@creadorelawfirm.com

David R. Barney, Jr     drbarneywv@gmail.com

Melissa Rose Ellsworth     mellsworth@thompsonbarneylaw.com

Sarah J. Surber     ssurber@thompsonbarneylaw.com

**WVS/2:21-cv-00466 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=9/7/2021] [FileNumber=1078580-0]

[427b9abfc6447d6ff8ca50f2977146c11edb2b3255cf2eb47b3231c3572f9a8410ee9
a9ac33e1dc7c8b24af2ec6f83ec9afea6977677b548aa5adea4fc13cc6d]]